**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MITILE, LTD.,<br><br>              Plaintiff,<br><br>     v.<br><br>HASBRO, INC.,<br><br>              Defendant. | Civ. A. No. 1:13-cv-00451-GBL-TCB |

**HASBRO'S MOTION FOR SUMMARY JUDGMENT OF**
**NON-INFRINGEMENT, INVALIDITY, AND LACK OF WILLFULNESS**

For the reasons stated in the accompanying memorandum of law, Defendant Hasbro, Inc. ("Hasbro"), respectfully moves for summary judgment of non-infringement, invalidity and lack of willfulness.  Hasbro respectfully requests that the Court enter an order ruling that Hasbro does not infringe any asserted claim of U.S. Patent No. 8,057,233 (the "'233 Patent"), that all of the asserted claims of the '233 Patent are invalid, and that Hasbro did not willfully infringe any asserted claim of the '233 Patent.

A proposed order granting the motion is attached.

Dated: August 5, 2013              **/s/ Andrew R. Oja**
Andrew R. Oja (VSB# 80764)
Brandon H. Elledge (VSB# 45349)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd.
Suite 700
McLean, VA  22102
Tel:  (703) 720-8600
Fax:  (703) 720-8610
andrew.oja@hklaw.com
brandon.elledge@hklaw.com

*Of Counsel:*

Joshua C. Krumholz (admitted *pro hac vice*)
Jacob W. S. Schneider (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave.
11th Floor
Boston, MA 02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850
joshua.krumholz@hklaw.com
jacob.schneider@hklaw.com

Christopher M. Scott (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, NY 10019
Tel:  (212) 513-3200
Fax:  (212) 385-9010
christopher.m.scott@hklaw.com

*Attorneys for Defendant and
Counterclaim-Plaintiff Hasbro, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of August, 2013, a true copy of the foregoing was served via the Court's electronic case filing (ECF) system on:

Eric S. Barr (VSB# 74657)
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., NW
Suite 800
Washington, DC 20037
Tel:   (202) 293-7060
Fax:   (202) 293-7860
ebarr@sughrue.com

*Attorney for Plaintiff MiTile, Ltd.*

      /s/ **Andrew R. Oja**
Andrew R. Oja (VSB# 80764)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd.
Suite 700
McLean, VA  22102
Tel:  (703) 720-8600
Fax:  (703) 720-8610
andrew.oja@hklaw.com

*Attorneys for Defendant and
Counterclaim-Plaintiff Hasbro, Inc.*