IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MITILE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:13-cv-451 (GBL/TCB) |
| v. | ) | |
| | ) | |
| HASBRO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on Defendant Hasbro, Inc.'s Motion for Summary Judgment (Doc. 37). For the reasons to be stated in a forthcoming Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is GRANTED IN PART, DENIED IN PART, and DISMISSED as MOOT IN PART. Specifically, the Court:

  i. GRANTS summary judgment with respect to Plaintiff's claim of Patent Infringement, literally and under the doctrine of equivalents (Count I of Plaintiff's Complaint (Doc. 1)),

  ii. GRANTS summary judgment with respect to Defendant's counterclaim of Declaratory Judgment of Non-infringement (Count I of Defendant's Counterclaim (Doc. 14)),

  iii. DENIES summary judgment with respect to Defendant's counterclaim of Declaratory Judgment of Invalidity (Count II of Defendant's Counterclaim (Doc. 14)).

1

2

    iv.    DISMISSES as MOOT Defendant's affirmative defenses of Invalidity and Non-infringement.

The only claim remaining is Defendant's counterclaim of Declaratory Judgment of Invalidity (Count II of Defendant's Counterclaim (Doc. 14)).

This Order does not constitute a final judgment, and the time for appeal will not run until the Court issues the Memorandum Opinion and Order in accordance with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

ENTERED this \_\_7th\_\_ day of October, 2013.

Alexandria, Virginia
10/7/13

                                                  /s/
                                     Gerald Bruce Lee
                                     United States District Judge